IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| KRYSTAL HOLLAND, | ) | |
| | ) | Case No. 2:10-cv-00018-FL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| SESSOMS & ROGERS, P.A, | ) | **WITHOUT PREJUDICE** |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiff, KRYSTAL HOLLAND, by and through her attorneys, and hereby advises the Court that she is dismissing the above-captioned matter <u>without</u> prejudice.

Respectfully submitted,

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 595-9111, ext. 713 (phone)
(866) 382-0092 (facsimile)
lhartsell@attorneysforconsumers.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 15, 2010, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 595-9111, ext. 713 (phone)
(866) 382-0092 (facsimile)
lhartsell@attorneysforconsumers.com